STATE OF CONNECTICUT *v.* DAVID WAYNE BELL

The defendant's petition for certification for appeal from the Appellate Court, 113 Conn. App. 25 (AC 29893), is denied.

VERTEFEUILLE and McLACHLAN, Js., did not participate in the consideration of or decision on this petition.

*Moira L. Buckley,* special public defender, in support of the petition.

*Timothy F. Costello,* deputy assistant state's attorney, in opposition.

Decided April 21, 2009

STATE OF CONNECTICUT *v.* GLENDON THORNTON

The defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 694 (AC 28170), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Steven D. Ecker* and *Lewis H. Chimes,* in support of the petition.

*Harry Weller,* senior assistant state's attorney, in opposition.

Decided April 29, 2009